# Tropical Ecosystem Consultants
## Barry Devine, Ph.D.
9901 Emmaus
St. John, VI 00830
340-514-3532

Ms. Charlene Sloan
Lower Peter Bay Owners Association (PBOA)
St. John, VI 00831
May 17, 2016

## Invoice for Services:

*Re: Evaluation and Assessment of the Lower Peter Bay Drainage Issues*
*Preparation of Expert Witness Report for Godinez V. PBOA et.al.*

| Date | Description | Hours |
|---|---|---|
| 5/3/16 | Discussion with Atty Duensing | 0.5 hours |
| 5/4/16 | Preparation of target points for Expert witness | 1.0 |
| 5/5/16 | Review of Expert Witness Report | 1.0 |
| 5/6/16 | Review of GIS maps of watershed | 1.5 |
| 5/10/16 | Review of Expert Witness Attorney discussion on Deposition | 2.0 |
| 5/12/16 | Expert Witness Deposition Providence, Rhode Island Travel and testimony | 7.0 |
| 5/17/16 | Prepare list of supplemental datasets Discussion with Atty Duensing Copy dataset on to Storage drive Fedex to Atty Duensing Drive cost $22.00 | |

Exhibit 2

PETER BAY (DEVINE)000706

# Tropical Ecosystem Consultants

## Barry Devine, Ph.D.
9901 Emmaus
St. John, VI 00830
340-514-3532

Ms. Charlene Sloan
Lower Peter Bay Owners Association (PBOA)
St. John, VI 00831
March 30, 2016

## Invoice for Services:

*Re: Evaluation and Assessment of the Lower Peter Bay Drainage Issues*
*Preparation of Expert Witness Report for Godinez V. PBOA et.al.*

| Date | Description | Hours |
|---|---|---|
| 2/3/16 | Meeting with C. Sloan – site visit | 1 hours |
| 2/20/16 | Review Deposition materials | 1.5 |
| 3/4/16 | Review of Atty Docs and Expert Witness | 1.0 |
| 3/22/16 | Review documents and maps for Meeting | 1.0 |
| | Mtg with Atty./ C. Sloan, | 3.0 |
| 3/25/16 | Site visit to review drainage issues | 2.0 |
| 3/27/16 | Review document and depositions | 0.5 |
| | Preparation for Expert Witness response | |
| | Review Atty Outline | |
| | Preparation of CV/ Qualifications, Project Lists | 3.0 |
| 3/28/16 | Preparation of Expert Witness Report | |
| | Conversation and discussion with Atty | |
| | Review of aerials, maps and GIS products | |
| | Review of additional documents from Atty | |
| | Review of Amended Complaint | |
| | Review of Rebuttal Appraisal | 6.75 |
| 3/29/16 | Preparation of Expert Witness Report | |
| | Integrate comments on Amended Complaint | |

PETER BAY (DEVINE)000707

| Date | Description | Hours |
|---|---|---|
| 3/29/16 | Review of Wolfe Expert Witness Report | 5.0 |
| 3/30/16 | Preparation of Expert Witness Report | 9.0 |
| 3/31/16 | Preparation and review of Expert Witness Finalize Draft of Expert Witness Report | 3.5 |
| 4/2/16 | Review of draft report | 2.5 |
| | Email and communications with M. Duensing R. Boulon | |
| 4/4/16 | Discussion with M. Duensing on draft comments Revisions to Expert Witness draft Review of 1975 partition documents | 3.0 |
| 4/5/16 | Final revisions to Expert Witness Report | 4.5 |
| | Total | 47.25 |

| | | |
|---|---|---|
| 47.25 @ $95/hour | | $4488.75 |
| <u>Less Retainer</u> | | <u>500.00</u> |
| Total amount due upon receipt | | $3988.75 |

PETER BAY (DEVINE)000708

# Tropical Ecosystem Consultants
## Barry Devine, Ph.D.
9901 Emmaus
St. John, VI 00830
340-514-3532

Ms. Charlene Sloan
Lower Peter Bay Owners Association (PBOA)
St. John, VI 00831
March 30, 2016

**Invoice for Services:** Please make payable to Barry Devine

*Re: Evaluation and Assessment of the Lower Peter Bay Drainage Issues*
*Preparation of Expert Witness Report for Godinez V. PBOA et.al.*

| Date | Description | Hours |
|---|---|---|
| 2/3/16 | Meeting with C. Sloan – site visit | 1 hours |
| 2/20/16 | Review Deposition materials | 1.5 |
| 3/4/16 | Review of Atty Docs and Expert Witness | 1.0 |
| 3/22/16 | Review documents and maps for Meeting | 1.0 |
|  | Mtg with Atty./ C. Sloan, M. Burgamy | 3.0 |
| 3/25/16 | Site visit to review drainage issues | 2.0 |
| 3/27/16 | Review document and depositions | 0.5 |
|  | Preparation for Expert Witness response |  |
|  | Review Atty Outline |  |
|  | Preparation of CV/ Qualifications, Project Lists | 3.0 |
| 3/28/16 | Preparation of Expert Witness Report |  |
|  | Conversation and discussion with Atty |  |
|  | Review of aerials, maps and GIS products |  |
|  | Review of additional documents from Atty |  |
|  | Review of Amended Complaint |  |
|  | Review of Rebuttal Appraisal | 6.75 |
| 3/29/16 | Preparation of Expert Witness Report |  |
|  | Integrate comments on Amended Complaint |  |

PETER BAY (DEVINE)000709

| Date | Description | Hours |
|---|---|---|
| 3/29/16 | Review of Wolfe Expert Witness Report | 5.0 |
| 3/30/16 | Preparation of Expert Witness Report | 9.0 |
| 3/31/16 | Preparation and review of Expert Witness Finalize Draft of Expert Witness Report | 3.5 |
| 4/2/16 | Review of C. Sloan comments on draft report Email and communications with M. Duensing R. Boulon | 2.5 |
| 4/4/16 | Discussion with M. Duensing on draft comments Revisions to Expert Witness draft Review of 1975 partition documents | 3.0 |
| 4/5/16 | Final revisions to Expert Witness Report | 4.5 |
| | Total | 47.25 |

47.25 @ $95/hour          $4488.75
<u>Less Retainer                                500.00</u>

Total amount due upon receipt          $3988.75

Please make check payable to:   Barry Devine
   FOR PICKUP

PETER BAY (DEVINE)000710

## Tropical Ecosystem Consultants
### Barry Devine, Ph.D.
9901 Emmaus
St. John, VI 00830

Mr. Robert Blakeney
Lower Peter Bay Homeowners Association
St. John, VI 00831
May 16, 2011

### Invoice for Services:

As per oral agreement:

*Re: Evaluation and Assessment of the Lower Peter Bay Drainage Issues*

Total Amount Due:                                    $500.00

    Please make check payable to    Barry Devine
                                                  9901 Emmaus
                                                  St. john, VI 00830

PETER BAY (DEVINE)000711