

**Alfredo's Landscaping, Inc.**
PO Box 91
St. John, VI 00831

| Date | Invoice # |
|---|---|
| 2/24/2015 | 31973 |

| Bill To |
|---|
| Peter Bay Association<br>Attn Paula Lambert |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Labor path /stone work 2/23  2 workers | 480.00 | 480.00 |
|  | Labor path/stone work/clean up 2/26 2 workers | 210.00 | 210.00 |
|  | Dumping load | 45.00 | 45.00 |

**Total** $735.00

Exhibit 11

PETER BAY 00708